```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

MARIE FRANCOIS,
    Plaintiff,

    v.                                                CIVIL ACTION NO.
                                                    16-12279-MBB

NANCY A. BERRYHILL, Acting
Commissioner, Social
Security Administration,
    Defendant.

## FINAL JUDGMENT

### January 8, 2018

**BOWLER, U.S.M.J.**

    The issues having been duly tried and this court having rendered a decision,

    It is **ORDERED** and **ADJUDGED** that the final decision of defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, be **AFFIRMED** in part and **REVERSED** in part and **REMANDED** to defendant for further proceedings consistent with the December 18, 2017 Memorandum and Order.

                                                        /s/ Marianne B. Bowler
                                                    **MARIANNE B. BOWLER**
                                                    United States Magistrate Judge